# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ULYSSES VONDRELL JOHNSON, JR., <br>                 Plaintiff, <br>     v. <br> J. ROESSERR et al., <br>                 Defendants. | No. CV 18-10207-VBF-KK <br><br> ORDER <br><br> Adopting Report and Recommendation of United States Magistrate Judge: <br><br> Granting in Part and Denying in Part Defendants' Motion for Summary Judgment [Doc # 20] |

Pursuant to 28 U.S.C. § 636(b)(1), the Court has reviewed the records in this case, the applicable law, and the well-reasoned Report and Recommendation ("R&R") of the United States Magistrate Judge. Neither party has filed any written objections to the R&R or sought an extension of time in which to do so.

It is hereby ordered that the Report and Recommendation [Doc # 30] is **ADOPTED**. Defendants' Motion for Summary Judgment [Doc # 20] is **granted in part and denied in part** as follows:

- Defendants' Motion for Summary Judgment on Claim One is **DENIED**.
- Defendants' Motion for Summary Judgment on Claim Two is **GRANTED**, and that claim is dismissed without prejudice.

| | |
|---|---|
| 1 | The case remains open and referred to the United States Magistrate Judge. |
| 2 | |
| 3 | DATED: August 6, 2019 |
| 4 | _Valerie Baker Fairbank_ |
| 5 | HON. VALERIE BAKER FAIRBANK<br>Senior United States District Judge |